UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:11CR42 |
| V. | ORDER |
| ROBERT HIKEEN SEIGLE | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Pending Motion, (Doc. No 43. ) Motion Requesting Last 12 Months of Sentence at Residential Re-Entry Center or Halfway House Placement.

The Defendant's request has been Modified in Documents 44, 46 and 47.

**IT IS ORDERED**, that Defendant's Motion (Doc. No.43 ) is **DENIED.**

Signed: October 6, 2021

_____
Frank D. Whitney
United States District Judge